UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
JOSEPH MADAFFERI,

                Plaintiff,                      REPORT AND
                                                         RECOMMENDATION
   -against-
                                                         19 CV 2233 (AMD)(RML)

A. DUIE PYLE, INC., *et al.*,

                Defendants.
----------------------------------------------------X

LEVY, United States Magistrate Judge:

        Plaintiff Joseph Madafferi ("plaintiff") commenced this case in March 2018 in New York State court, seeking damages relating to a motor vehicle accident that allegedly occurred on October 13, 2017. (See Complaint, dated Mar. 5, 2018, Dkt. No. 1-3.) Defendants removed the case to this court in April 2019. (See Notice of Removal, dated Apr. 16, 2019, Dkt. No. 1.)

        I conducted an initial conference with all counsel on July 31, 2019, at which I issued a case management order and explored settlement. (See Minute Entry, dated July 31, 2019). Because plaintiff was then incarcerated, and upon his release was required to remain in Pennsylvania, I extended the discovery schedule several times. (See, e.g., Order, dated Oct. 21, 2019; Order, dated Dec. 9, 2019.) On September 22, 2020, I granted plaintiff's counsel's motion to withdraw on the ground that the attorney-client relationship had broken down and plaintiff had failed to appear for two scheduled medical examinations. (See Minute Entry, dated Sept. 22, 2020.) I gave plaintiff until December 20, 2020 to obtain new counsel and ordered plaintiff to advise the court by that date as to whether he intends to proceed with this litigation. (Id.) I stayed the case for ninety days to permit plaintiff to obtain new counsel and scheduled the next conference for December 22, 2020, with a warning that plaintiff's failure to appear could result

in the dismissal of this case for failure to prosecute.  (Id.)  That order was served on plaintiff by both email and first class mail.  (See Affidavit of Service, sworn to Sept. 23, 2021, Dkt. No. 20.)

Plaintiff did not appear for the scheduled conference on December 22, 2020.  (See Minute Entry, dated Jan. 5, 2021.)  Nor has he contacted the court to indicate whether he intends to pursue this case.  Therefore, I am constrained to recommend that this matter be dismissed for lack of prosecution.  Any objections to this Report and Recommendation must be filed within fourteen (14) days.  Failure to file objections within the specified time waives the right to appeal the district court's order.  See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72, 6(a), 6(d).

Respectfully submitted,

_____/s/_____
ROBERT M. LEVY
Unites States Magistrate Judge

Dated:  Brooklyn, New York
            February 2, 2021